MARTHA ALVARADO RIVERA # 10595-041
FEDERAL CORRECTIONAL INSTITUTION
5701 8th ST CAMP PARKS
DUBLIN, CA. 94568

RECEIVED
BY MAIL
AUG 29 2005
CLERK, US DIST. COURT
ST. PAUL, MN

IN THE UNITED STATES OF MINNESOTA

FOR THE DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Respondent<br><br>v.<br><br>MARTHA ALVARADO RIVERA<br>Petitioner | CRIMINAL CASE NO. 02-283-(01)(DWF/SRN)<br><br>RETURN OF PERSONAL PROPERTY TAKEN AT PETITIONER'S ARREST. |

**NOW COMES PETITIONER** Martha Alvarado Rivera requesting this Honorable Court to obtain information of property taken at the time of the arrest.

Petitioner Rivera was arrested on August 13, 2002 at this time petitioner had $ 3,875.00 , personal purse, jewerly, income tax checks . Petitioner prays this Honorable court to **grant** **petitioner** to have return all her personal property.

Petitioner is in the custody of Federal Correctional Institution and would like the check to be deposit to her prisoner's account.

Respectfully Submitted

Martha Alvarado

Martha Alvarado Rivera
Federal Correctional Instiution
5701 8th St Camp Parks
Dublin, Ca. 94568

SCANNED
AUG 29 2005
U.S. DISTRICT COURT ST. PAUL