RECEIVED
BY MAIL
AUG 2 9 2005
CLERK, US DIST. COURT
ST. PAUL, MN

CR 02-283(1)
DWF/SRN

# CERTIFICATE OF SERVICE

I certify that the following document MOTION FOR RETURN OF PERSONAL PROPERTY ______________________, was placed in the institution mailbox (first-class postage, prepaid). Said document was sent to the following individual on the date listed below. Pursuant to Houston v Lack, 487 U.S. 266 (1988). Under Title 28 U.S.C. §1746. "Pro se litigant's pleadings are filed at the moment of delivery to prison authorities."

8.25.05
DATE

Martha Alvarado
SIGNATURE OF PERSON MAILING
MARTHA ALVARADO RIVERA

United States Attorney Office

U.S. District Court

SCANNED
AUG 2 9 2005
U.S. DISTRICT COURT ST. PAUL