RECEIVED
BY MAIL
NOV 17 2005
CLERK, US DIST. COURT
ST. PAUL, MN

MARTHA ALVARADO RIVERA # 10595-041
FEDERAL CORRECTIONAL INSTITUTION
5701 8th ST CAMP PARKS
DUBLIN, CA. 94568

IN THE UNITED STATES FOR THE DISTRICT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Respondent | ) | |
| v. | ) | CRIMINAL CASE 03-2308<br>CR 02-283 DWF/SRN |
| MARTHA ALVARADO RIVERA<br>Petitioner | ) | |

**COMES NOW PETITIONER** Martha Alvarado Rivera Pro Se requesting this Honorable Court to accept this Affadavit.

Petitioner pray this Honorable Court to accept this affadavit and give petitioner the opportunity to be heard and allow the true to comeforward Petitioner feels that all her constitutional rights were violated by not having the effectie assistance of counsel that would help her in the process of her case.

Petitioner was never aware that by signing the plea agreement she was waiving all her Constitutional rights and this deprived petitioner of her rights.

Petitioner was induce by her counsel to sign the plea agreement not knowing that by signing she was getting 120 months sentence.

Petitioner was sentence to 120 months for Title 21 841 for conspiracy to distribute and possession with intent to distribute 12.1 Kilos of Methamphetamine.

After Petitioner's sentence petitioner requested appeal her case and her sentence was vacated.

SCANNED
NOV 17 2005
U.S. DISTRICT COURT ST. PAUL

From beginning to end there was conflict of interest between petitioner and her Counsel . Then on May 27, 2003 petitioner submitted a Motion to this Honorable court to appoint another counsel but this Honorable court denied petitioner's Motion.

On September 12, 2003 Petitioner submitted another motion to request Counsel to withdraw from her case and appoint another counsel, and onces again on September 17, 2003 the Judge order appellants motion for appointment of new counsel was considered denied.

Petitioner Rivera feels that all her constitutional rights were violate by not having the effective assistance of counsel . Petitioner feels that she has been deprived of all her constitutional rights.

This Honorable court denied all petitioner's Motion to request another counsel to do her case knowing that petitioner was not happy with the counsel that she had, and this Honorable Court knew that petitioner had a conflict of interest between counsel and herself.

On October 26, 2004 petitioner's sentence was vacated and the case was remanded to the district court accordance with there opinion.

After the sentence was vacated the Government requested a re-hearing and this Honorable court of appeals affirmed district court and the sentence was not vacated.

A week after the hearing and looking to the court BOP Law Library do to the fact that counsel never explain to me the process of the case and he never send me letters to let me know what was the court's decision and to explain to me the process of the case and he never send me letter to let me know what was the next process.

After I saw at the Law Library court decisions I ask my counsel here to please give my attorney a call and she did to find out what was the status of my case . I call my attorney but he was not at his office but his assistance mention to me that we have lost the case, and that

counsel was to do Writ of Certiorari but up to this date counsel has not communicate with me counsel never send me letters to let me know if he file the Writ of Certiorari, and this has . Up to this date Counsel has not communicate with me and at this point I feel he has not file any papers to the Supreme Court.

Honorable Judge I don't speak, writte , or read english and I don't know anything about the Law of the United States the only think that I know is that 120 months is an unjust sentence and this court vacated my sentence and they know that 120 months does not fit the crime. I need to find out what is the next stept up to this date counsel has not file anything in my behalf. I really don't know what to do do to the fact that the time is running and I know there is a time limit to submit my case the Supreme Court. I also would like to know if Booker/Fanfan would applied to my case, .

For all these reasons petitioner prays this Honorable Court to accept this Affadavit adn give petitioner the opportunity adn information that this petitioner is requesting.

Signed this 8, day of November, 2005

Respectfully Submitted

Martha Alvarado R.

Martha Alvarado Rivera
Federal Correctional Institu
5701 8th St Camp Parks
Dublin, Ca. 94568