# CERTIFICATE OF SERVICE

I certify that the following document AFFADAVIT ______________________________, was placed in the institution mailbox (first-class postage, prepaid). Said document was sent to the following individual on the date listed below. Pursuant to Houston v Lack, 487 U.S. 266 (1988). Under Title 28 U.S.C. §1746. "Pro se litigant's pleadings are filed at the moment of delivery to prison authorities."

11.08.05
DATE

Martha Alvarado R.
SIGNATURE OF PERSON MAILING
**MARTHA ALVARADO RIVERA**

United States Attorney Office

U.S. District Court

SCANNED
NOV 17 2005
U.S. DISTRICT COURT ST. PAUL