MARTHA ALVARADO RIVERA #
FEDERAL CORRECTIONAL INSTITUTION
5701 8th ST CAMP PARKS
DUBLIN, CA. 94568

RECEIVED
BY MAIL
DEC 23 2005
CLERK, US DIST. COURT
ST. PAUL, MN

UNITED STATES DISTRICT COURT FOR THE
DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Respondent<br><br>v.<br><br>MARTHA ALVARADO RIVERA<br>Petitioner | CRIMINAL CASE 02-283-(DWF/SRN)<br>2255 MOTION WITHDRAW |

COMES NOW PETITIONER MARTHA ALVARADO RIVERA Pro Se , requesting this Honorable Court to please cancel my 2255 Motion .

Petitioner Rivera file a motion to perserved the Booker issue petitioner is aware that Booker is not retroactive and is aware that she needs to file all her claims, specially she needs to file Ineffective Assistance of Counsel in which Counsel has been so ineffective that he has not help petitioner in the process of her case. Petitioner submitted an affidavit to this Honorable Court couple weeks ago in which petitioner explains that after her appeal Counsel was going to do en banc and up to this date counsel has done nothing to this matter, Petitioner feels so depress do to the fact that 120 is an unjust sentence petitioner won her appeal then the Government appeal her case, and won, and counsel mention to petitioner that he was going to file a writ of certiorari and up to this date petitioner doesn't know anything about counsel,Counsel has been so ineffective that he never return petitioner's call's and Petitioner feels that she is

SCANNED
DEC 23 2005
U.S. DISTRICT COURT ST. PAUL

loosing all her opportunities do to the ineffective assistance of counsel for all these reasons' petitioner pray that this Honorable Court please please let her know the status on her case, withdraw this 2255 motion, and preserved the Booker issued do to the fact that she was in direct appeal when Booker was issue and the reasons for this motion is just to make sure that she brought the Booker issued but if this Honorable Court is going to construe this as a 2255 Motion please withdraw her's and her co-defender, and please respond to this motion and let petitioner know what is the status of her case, and if possible please **GRANT a counsel** that could help petitioner in the proces of her case.

For all this reasons please withdraw my Motion and do not construe this as a 2255 Motion, and please let me know the status on my case and please order my Counsel to respond to my call he still has a duty as a counsel with petitioner.

For all these reasons petitioner pray this Honorable court to accept this withdraw motion and give petitioner the opportunity to be heard and allow the true to comeforward.

Respectfully Submitted

/ Martha Alvarado Rivera

Martha Alvarado Rivera
Federal Correctional Institution
5701 8th ST CAMP PARKS
DUBLIN,C A. 94568