# PROOF OF SERVICE

I, MARTHA ALVARADO RIVERA, the undersigned, certify that on the 18 day of Dec, 2005, I mailed a copy of the document and all attachments via First Class mail to the following parties at the addresses listed below.

UNITED STATES DISTRICT OF
MINESSOTA

# PROOF OF SERVICE FOR INCARCERATED LITIGANTS

In addition to the above Poof of Service, all litigants who are currently incarcerated should include the following statements with all documents to be filed with the Court.

I certify that this document was given to officials on this date for forwarding to the United States District court for the District of Court of Minnesota.

I further certify under penalty of perjury that the forgoing is true and correct.

Respectfully submitted this 18 day of December 2005.

Name J. Martha Alvarado Rivera
Number 10595-041
5701 8th St., Camp Parks
Dublin, CA 94568

RECEIVED
BY MAIL
DEC 23 2005
CLERK, US DIST. COURT
ST. PAUL, MN

Pursuant to **Houston v. Lack**, 487 U.S. 266 (1988). Under Title 28 U.S.C. §1746. "Pro se litigant's pleadings are filed at the moment of delivery to prison authorities."

SCANNED
DEC 23 2005
U.S. DISTRICT COURT ST. PAUL